THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Appellant, *v.* STERLING AMHERST FARMS DAIRY, INC., Respondent.

Argued October 19, 1943; decided December 2, 1943.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Herbert A. Einhorn* of counsel), for appellant.

*Frank J. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.